JUDGE SOL BLATT, JR.
CRIMINAL SCHEDULING
JUNE 17, 2014
TERM OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT AND CHARLESTON DIVISIONS

TO MEMBERS OF THE BAR HAVING CRIMINAL CASES LISTED BELOW:

Please take notice that PRETRIAL CONFERENCES and a BAR MEETING have been scheduled for WEDNESDAY, MAY 28, 2014 at 11:30 a.m. in Courtroom III, Hollings Judicial Center, Meeting at Broad Street, Charleston, South Carolina, to fix a roster of cases for the next term of court commencing on JUNE 17, 2014 at 11:00 a.m.

**PLEASE NOTE THAT THE DEFENDANTS WHO ARE SCHEDULED FOR\*\* PRETRIALS\*\* NEED TO BE PRESENT AT THE PRETRIAL, AND THESE CASES ARE MARKED WITH AN ASTERISK.**

All other cases listed are for the purpose of a BAR MEETING for this JUNE 17, 2014 term of court, and these defendants need not be present.

If you have any questions about this notice, please contact Jane Wolper in the Clerk's Office at 579-1418, or contact Judge Blatt's office directly at 579-1470.

May 7, 2014                    ROBIN L. BLUME, CLERK
                               By: Jane Wolper, Deputy Clerk

**JUDGE SOL BLATT, JR.**
**CRIMINAL PRETRIALS and BAR MEETING**
**June 17, 2014**
**TERM OF COURT**

# PRETRIALS

| | | |
|---|---|---|
| **\*\*2:12-232** | **USA v BROTHERS** | **Peter Phillips** |
| Custody | Charles Anthony Sanders | David McCann |
| | Jimmie Harris | |
| Custody | Garrick Isaiah Sanders | Lionel Lofton, Ret |
| Custody | Anthony Terrence Jerry Davis | Cameron Marshall |
| | | |
| **\*\*9:12-637-31** | **USA v WALLACE** | **Peter Phillips** |
| Surety | Vincent Dixon | Tim Kulp |
| | | |
| **\*\*9:13-1061** | **USA v YOUNG** | **Nathan Williams** |
| Custody | Richard Young | Bob Haley |
| | | |
| **\*\*9:13-1072** | **USA v RIVERS** | **Nick Bianchi** |
| Unsecured Bond | Brian Rivers | Ann Walsh |
| | | |
| **\*\*9:14-54** | **USA v HARDING** | **Eric Klumb** |
| | | **Jamie Schoen** |
| | | **John Borchert** |
| Surety | James Harding | Abigail Walsh, Ret |
| | | Lauren Williams, Ret |
| | | Bruce Maloy, Ret |
| Surety | Mary Mooney | Alicia Penn |
| Unsecured Bond | Alisa Bivens | Debra Chapman |
| | Haile Ayalneh Mekonnen | |

1

| | | |
|---|---|---|
| **\*\*9:14-86** | **USA v Welborn** | **Nathan Williams** |
| Custody | Terry Welborn | James Moss, Ret |
| Custody | Albert Francis Peloquin, Jr. | Ann Walsh |
| Unsecured Bond | William Daniel Flynn | William Nixon, Jr. |
| Unsecured Bond | Jamie Lee Epperson | Russell Mace |
| | | |
| **\*\*\*9:14-220** | **USA v Williams-Norris** | **Dean Secor** |
| | Tyrell Williams-Norris | |
| | | |
| **\*\*9:14-224** | **USA v Riley** | **Nick Bianchi** |
| Unsecured Bond | Tony Allen Riley | Grover Seaton , Ret |

2

# BAR MEETING

| | | |
|---|---|---|
| **2:12-232** | **USA v BROTHERS** | **Peter Phillips** |
| Custody | Ivory Brothers | Bob Haley |
| Custody | Martin Ballard | |
| Custody | Norman Robinson | G. Wells Dickson |
| Surety | Yvette Renee Calvin | Edward Brown |
| Surety | Gerwron Lingard | George Bishop |
| | | |
| **2:13-617** | **USA v MITCHELL** | **Rhett DeHart** |
| Pretrial Diversion | Julius Mitchell | Stuart Feldman |
| | | |
| **2:13-718** | **USA v HAYWARD** | **Rhett DeHart** |
| Pretrial Diversion | Shenee Latrise Hayward | Ann Walsh |
| | | |
| **2:13-719** | **USA v POKRYFKA** | **Rhett DeHart** |
| Unsecured Bond | Richard Pokryfka | Andrew Savage |
| | | |
| **2:13-812** | **USA v DUPREE** | **Rhett DeHart** |
| Pretrial Diversion | Laura Beth Dupree | Ann Walsh |

3

| | | |
|---|---|---|
| **2:13-813** | **USA v ALEXANDER** | **Nathan Williams** |
| Pretrial Diversion | Derrick Alexander | Ann Walsh |
| **9:12-410** | **USA v WILLIAMSON** | **Nick Bianchi** |
| Custody | Joseph Williamson | Christopher Adams |
| **9:12-637** | **USA v WALLACE** | **Peter Phillips** |
| Surety | Sam Elliott Langford | Stephen Harris |
| Custody | David Heape Harriott | Joseph Condon |
| Unsecured Bond | Steven Leonard Parker | Larry Weidner |
| Unsecured Bond | Katherine M. Swiatocha | Daniel M Bradley |
| Surety | MC Williams | Naki Richardson-Bax |
| Surety | Donta Mikel Williams | Ann Walsh |
| Surety | Anthony Jarvis King | Scott Harvin |
| Custody | Carson Reed Lewin | Joe McCulloch |
| Custody | Kimberly Filbert | Jason C Bybee |
| Surety | Franklin Babecki | Frederick Riesen, III |
| Unsecured Bond | Desiree Constantineau | Lindsey W Cooper |
| Unsecured Bond | Dustin Slowik | Tracy Brown |
| Custody | Randall Smith | Richard Buchanan |
| Unsecured Bond | Hunter Coates | Charles Macloskie |
| Unsecured Bond | John Coulter | Michael O'Connell |
| Surety | James Gray | Francis Cornely |

| | | |
|---|---|---|
| Unsecured Bond | Austin Mock | Gregory Galvin |
| Surety | Brian Green | James Moss |
| Custody | Gregory Shelton | Walter Ameika |
| Custody | Tiffany Shelton | Pam Polzin |
| Surety | Ryan Hester | Andy Savage |
| Surety | Devan Faltus | Thaddeus Doughty |
| Unsecured Bond | Brian Baumgardner | Ian Deysach |
| Surety | Merryn Mascaro | Marco Torres |
| Surety | Philip Evers | George Bishop |
| | | |
| **9:13-808** | **USA v CAPERS** | **Sean Kittrell** |
| Custody | Paul Capers | Bob Haley |
| | | |
| **9:13-809** | **USA v TAYLOR** | **Sean Kittrel** |
| Custody | Brock Taylor | Bob Haley |
| | | |
| **9:13-1060** | **USA v MONRROY** | **Eric Klumb** |
| Secured Bond | Juan Pablo Miranda Monrroy | Jared Newman |
| **9:13-1067** | **USA v PETERSON** | **Peter Phillips** |
| Custody | Sandra Ellen Peterson | Bob Haley |
| Unsecured Bond | Bryon John Cascio | William Nixon |